■ In the Matter of RICHARD SIMPSON, Appellant, v BEATA PTASZYNSKA, Respondent. [852 NYS2d 802]—

The Family Court properly denied that branch of the father's motion which was, in effect, for permission to file a petition for a change of custody since the father failed to demonstrate nonfrivolous grounds for such relief (*see Matter of Simpson v Ptaszynska*, 41 AD3d 608 [2007]).

Contrary to the father's contentions, the Family Court was not required to hold a hearing regarding visitation where he did not request a hearing, and the court had sufficient information to enable it to determine the best interests of the subject child (*see Matter of Razo v Leyva*, 3 AD3d 571 [2004]; *Matter of Vangas v Ladas*, 259 AD2d 755 [1999]; *Matter of Goldman v Goldman*, 201 AD2d 860, 862 [1994]; *Kuleszo v Kuleszo*, 59 AD2d 1059, 1060 [1977]).

The father's remaining contentions are without merit. Mastro, J.P., Covello, Eng and Belen, JJ., concur.